UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 5:07 CR 409-13 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | **ORDER ACCEPTING PLEA** |
| JANET TYLER-HILL, | ) | **AGREEMENT, JUDGMENT AND** |
| | ) | **REFERRAL TO U. S. PROBATION** |
| Defendant | ) | **OFFICE** |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Kenneth S. McHargh, regarding the change of plea hearing of , which was referred to the Magistrate Judge with the consent of the parties.

On November 15, 2007 the government filed a forty-one count indictment, charging Defendant, Janet Tyler-Hill, with Conspiracy to Launder Monetary Instruments in violation of Title 18 United States Code, Section 1956(h) and Money Laundering in violation of Title 18 United States Code, Section 1956(a)(1)(B)(i) & 2. On December 5, 2007, Defendant Tyler-Hill was arraigned and entered a plea of not guilty before Magistrate Judge James S. Gallas. On August 21, 2008, Magistrate Judge Kenneth S. McHargh received Defendant Tyler-Hill's plea of guilty to counts 4 and 38 of the Superseding Indictment and issued a Report and

Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Tyler-Hill is found to be competent to enter a plea and to understand her constitutional rights. She is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Tyler-Hill is adjudged guilty to Count 4 and 38 of the Superseding Indictment, in violation of Title 18 United States Code, Section 1956(h) and Title 18 United States Code, Section 1956(a)(1)(B)(i) & 2.  Sentencing will be on November 13, 2008, at 1:00 p.m. in Courtroom 17-A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE